```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 43050
    ZIVIAL J JOHNSON EDWARDS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4497

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 11/19/2004 and was confirmed 01/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/09/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
OPTION ONE MORTGAGE       CURRENT MORTG   15222.03            .00       15222.03
OPTION ONE MORTGAGE       MORTGAGE ARRE   11528.06            .00       10086.42
CIGNA HEALTH CARE         UNSEC W/INTER  NOT FILED            .00             .00
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED            .00             .00
SPRINT PCS                UNSEC W/INTER  NOT FILED            .00             .00
INGALLS MEMORIAL HOSPITA  UNSEC W/INTER  NOT FILED            .00             .00
MEDCO HEALTH SOLUTIONS    UNSEC W/INTER  NOT FILED            .00             .00
MERRICK BANK              UNSEC W/INTER     459.63            .00             .00
NICOR GAS                 UNSEC W/INTER     488.91            .00             .00
NORTHWESTERN MEMORIAL HO  UNSEC W/INTER  NOT FILED            .00             .00
NORTHWESTERN MEMPRIAL HO  NOTICE ONLY    NOT FILED            .00             .00
INTERNATIONAL MANAGEMENT  UNSEC W/INTER  NOT FILED            .00             .00
T-MOBILE BANKRUPTCY       UNSEC W/INTER     116.48            .00             .00
UNITED COMPUCRED          UNSEC W/INTER  NOT FILED            .00             .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT     210.00            .00          210.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     2,600.00                       2,200.00
TOM VAUGHN                TRUSTEE                                        1,537.41
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              29,255.86

PRIORITY                                      210.00
SECURED                                    25,308.45
UNSECURED                                        .00
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                        1,537.41
DEBTOR REFUND                                    .00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 43050 ZIVIAL J JOHNSON EDWARDS
```

```
                              ---------------     ---------------
TOTALS                             29,255.86           29,255.86
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
Dated: 12/05/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 43050 ZIVIAL J JOHNSON EDWARDS